**Opinion issued August 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-19-00597-CV

———————————

## IN RE INNOVATIVE SOLUTIONS, LLC AND JAMES S. GODDARD JR., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Innovative Solutions, LLC and James S. Goddard Jr. challenge the trial court's oral order sending the parties to mediation.[1] Relators have also filed a motion to stay the trial court's order pending disposition of this proceeding.

---

[1]     The underlying case is *Harris Kempner Jr. and Harris Kempner III v. Innovative Vision Solutions, LLC and James S. Goddard, Jr.*, cause number 16-CV-0912, pending in the 212th District Court of Galveston County, Texas, the Honorable Patricia Grady presiding.

Relators have not demonstrated that the trial court abused its discretion in sending the parties to mediation. *See In re Ford Motor Co.*, 988 S.W.2d 714, 718 (Tex. 1998) (mandamus will only issue if relator demonstrates both abuse of discretion by trial court and no adequate remedy by appeal). Accordingly, we deny the petition. All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.